UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **JENNIFER CABANA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ADVANTAGE HOME CARE, LLC,** )<br>)<br>Defendant. ) | Case No. 2:21-cv-00088-JDL |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate, by and through undersigned counsel, that all claims asserted against Defendant are dismissed with prejudice and without costs to either party.

Dated:  June 20, 2021

s/ Danielle Quinlan
Danielle Quinlan, Me. Bar #: 5480
*Attorney for Plaintiff*
WHITE & QUINLAN, LLC
62 Portland Road, Suite 21
Kennebunk, ME 04043
(207) 502-7484
dquinlan@whiteandquinlan.com


s/ Danelle Milone
Danelle Milone
*Attorney for Defendant*
DRUMMOND & DRUMMOND, LLP
ONE MONUMENT WAY
PORTLAND, MAINE 04101
207.774.0317 (V)
dmilone@ddlaw.com

1

## CERTIFICATE OF SERVICE

      I, Danielle Quinlan, hereby certify that on this 20th day of June, 2021, I filed the foregoing Stipulation of Dismissal via the Court's CM/ECF system, which will automatically send a notice of filing to all counsel of record.

Dated:  June 20, 2021                  */s/ Danielle Quinlan*_____
                                                 Danielle Quinlan, Me. Bar No.: 5480
                                                 *Attorney for Plaintiff*
                                                 WHITE & QUINLAN, LLC
                                                 62 Portland Road, Suite 21
                                                 Kennebunk, ME 04043
                                                 (207) 502-7484
                                                 *dquinlan@whiteandquinlan.com*